# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JESSE ELIJAH ROGERS,

    Plaintiff,

v.                          CASE No. 5:18cv24-MCR-GRJ

RYAN SEAGERS, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 9, 2018, recommending that this case should be dismissed for failure to comply with a Court order and for failure to prosecute. ECF No. 13. Plaintiff has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed for failure to comply with a Court order and for failure to prosecute.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 8th day of May 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**